IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL STEPHON PARKER,** | |
| Plaintiff, | Civil Action No. 7:11-cv-00412 |
| v. | **ORDER** |
| **MAJOR LAURIE NICHOLSON, et al.,** | By:   Hon. Michael F. Urbanski |
| Defendants. | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  September 28, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge